IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL J. MARCHESE, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV122 |
| | ) | |
| V. | ) | |
| | ) | |
| BRIAN GAGE, Warden of the | ) | **MEMORANDUM** |
| Tecumseh State Correctional | ) | **AND ORDER** |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On September 26, 2016, the court dismissed Petitioner's Petition for Writ of Habeas Corpus with prejudice and entered judgment.  (Filing Nos. 22, 23.)

Petitioner has filed a motion requesting that the court reconsider its order dismissing Petitioner's habeas petition.  (Filing No. 24.)  Petitioner's motion will be denied.   Petitioner has not identified any legitimate grounds warranting reconsideration of the court's previous order.

IT IS ORDERED that Petitioner's Motion to Reconsider (Filing No. 24) is denied.

DATED this 14th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge